164 East 72nd Street Corporation v. Clara Hesse, as Executrix, etc., of Henry Hesse, Deceased.— Motion for leave to appeal to the Court of Appeals

denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.